UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-3704-WHITE

UNITED STATES OF AMERICA,

v.

ANA P. RIBIERO DE JESUS,
BIBI N. GOPAUL,
VISHWANAUTH R. BACHU,
MARBELLA V. ASPIAZU COELLO, and
CINTHIA L. GUZMAN MIRANDA,

      Material Witnesses.
_____/

## ORDER

THIS CAUSE came before this Court on the Government's *ore tenus*, unopposed motion on December 17, 2007, to dismiss the material witness complaint against ANA RIBIERO DE JESUS and MARBELLA V. ASPIAZU COELLO because criminal depositions pursuant to Rule 15 of the Rules of Criminal Procedure were completed as to those two material witnesses on December 14, 2007. This Court hereby finds that the depositions of ANA RIBIERO DE JESUS and MARBELLA V. ASPIAZU COELLO were satisfactorily completed, and it is hereby

ORDERED AND ADJUDGED that the Government's motion is GRANTED, and the material witness complaint against ANA RIBIERO DE JESUS and MARBELLA V. ASPIAZU COELLO is hereby dismissed.

DONE AND ORDERED at Miami, Florida on the 17th day of December, 2007.

                                                  WILLIAM C. TURNOFF
                                                  United States Magistrate Judge